UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD R PINTO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ARLO TECHNOLOGIES, INC., et al.,<br><br>　　　　Defendants. | Case No. 5:19-cv-03354-EJD<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES** |

　　　　Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Beth Labson Freeman for consideration of whether the case is related to 5:19-cv-00372-BLF, *Wong v. Arlo Technologies, Inc. et al*.

　　　　**IT IS SO ORDERED.**

Dated: August 15, 2019

EDWARD J. DAVILA
United States District Judge