UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEONARD R PINTO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ARLO TECHNOLOGIES, INC., et al.,<br><br>　　　　Defendants. | Case No.  19-cv-03354-BLF<br><br>**JUDGMENT** |

Plaintiff's Second Amended Verified Shareholder Derivative Complaint having been dismissed without leave to amend and the action having been dismissed without prejudice,

It is HEREBY ORDERED AND ADJUDGED that Judgment is entered for Defendants and against Plaintiff without prejudice.

Dated: August 8, 2022

_____
BETH LABSON FREEMAN
United States District Judge